AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| JUAN M. RODRIGUEZ BELTRAN, Individually and on Behalf of All Others Similarly Situated,<br>*Plaintiff*<br><br>v.<br><br>TERRAFORM GLOBAL, INC., SUNEDISON, INC., AHMAD CHATILA, CARLOS DOMENECH ZORNOZA, JEREMY AVENIER, MARTIN TRUONG, BRIAN WUEBBELS, J.P. MORGAN SECURITIES LLC., BARCLAYS CAPITAL INC., CITIGROUP GLOBAL MARKETS INC., MORGAN STANLEY & CO. LLC, GOLDMAN SACHS & CO., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, DEUTSCHE BANK SECURITIES INC., BTG PACTUAL US CAPITAL, LLC, ITAU BBA USA SECURITIES, INC., SMBC NIKKO SECURITIES AMERICA, INC., SG AMERICAS SECURITIES, LLC., and KOTAK MAHINDRA, INC.,<br>*Defendant* | )<br>)<br>)<br>) Civil Action No.<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See attached Schedule A.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> John T. Jasnoch
> SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
> 707 Broadway, Suite 1000
> San Diego, CA 92101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

*Juan M. Rodriguez Beltran v. TerraForm Global, Inc., et al.*

## SCHEDULE A TO SUMMONS

TERRAFORM GLOBAL, INC.
600 Clipper Drive
Belmont, CA  94002

SUNEDISON, INC.
600 Clipper Drive
Belmont, CA  94002

AHMAD CHATILA
SunEdison, Inc.
600 Clipper Drive
Belmont, CA  94002

CARLOS DOMENECH ZORNOZA
SunEdison, Inc.
600 Clipper Drive
Belmont, CA  94002

JEREMY AVENIER
TerraForm Global, Inc.
600 Clipper Drive
Belmont, CA  94002

MARTIN TRUONG
SunEdison, Inc.
600 Clipper Drive
Belmont, CA  94002

BRIAN WUEBBELS
SunEdison, Inc.
600 Clipper Drive
Belmont, CA  94002

J.P. MORGAN SECURITIES LLC
560 Mission Street, Suite 2400
San Francisco, CA  94105

BARCLAYS CAPITAL INC.
555 California Street, 30th Floor
San Francisco, CA  94104

2

CITIGROUP GLOBAL MARKETS INC.
1 Sansome Street
San Francisco, CA  94104

MORGAN STANLEY & CO. LLC
101 California Street, 3rd Floor
San Francisco, CA  94111

GOLDMAN SACHS & CO.
555 California Street, Suite 4500
San Francisco, CA  94104

MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED
101 California Street, Suite 1400
San Francisco, CA  94111

DEUTSCHE BANK SECURITIES INC.
101 California Street
San Francisco, CA  94111

BTG PACTUAL US CAPITAL, LLC
601 Lexington Avenue, 57th Floor
New York, NY 10022

ITAU BBA USA SECURITIES, INC.
767 Fifth Avenue, 50th Floor
New York, NY 10153

SMBC NIKKO SECURITIES AMERICA, INC.
277 Park Avenue, 5th Floor
New York, NY 10172

SG AMERICAS SECURITIES, LLC
245 Park Avenue
New York, NY 10167

KOTAK MAHINDRA, INC.
50 Main Street, Suite 890
White Plains, NY 10606