Sara B. Brody, SBN 130222
sbrody@sidley.com
Jaime A. Bartlett, SBN 251825
jbartlett@sidley.com
Sarah A. Hemmendinger, SBN 298659
shemmendinger@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California  94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400

Norman J. Blears, SBN 95600
nblears@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, California  94304
Telephone:   (650) 565-7000
Facsimile:    (650) 565-7100

Attorneys for Defendants
TerraForm Global, Inc., SunEdison, Inc., Ahmad Chatila, Carlos
Domenech Zornoza, Jeremy Avenier, Martin Truong, Brian Wuebbels

[Additional counsel appear on signature page.]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN M. RODRIGUEZ BELTRAN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) Case No. 3:15-cv-04981-WHO ) |
| Plaintiff, | ) ) |
| v. | ) **STIPULATION AND ORDER** |
| TERRAFORM GLOBAL, INC., et al., | ) **EXTENDING TIME FOR DEFENDANTS** ) **TO RESPOND TO THE COMPLAINTS** ) |
| Defendants. | ) ) |
| PYRAMID HOLDINGS, INC., Individually and on Behalf of All Others Similarly Situated, | ) Case No. 3:15-cv-05068-RS ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| TERRAFORM GLOBAL, INC., et al., | ) ) |
| Defendants. | ) ) |

Plaintiff Juan M. Rodriguez Beltran, individually and on behalf of all others similarly situated, and Plaintiff Pyramid Holdings, Inc., individually and on behalf of all others similarly situated, by through their undersigned counsel, ("Plaintiffs"), and Defendants TerraForm Global, Inc., SunEdison, Inc., Ahmad Chatila, Carlos Domenech Zornoza, Jeremy Avenier, Martin Truong, Brian Wuebbels, J.P. Morgan Securities LLC., Barclays Capital Inc., Citigroup Global Markets Inc Morgan Stanley & Co. LLC, Goldman, Sachs & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Deutsche Bank Securities Inc., BTG Pactual US Capital LLC, Itaú BBA Securities, Inc., SMBC Nikko Securities America, Inc., SG Americas Securities, LLC, and Kotak Mahindra, Inc. ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on October 29, 2015, Juan M. Rodriguez Beltran, individually and on behalf of all others similarly situated, filed a class action complaint captioned *Beltran v. TerraForm Global et al.*, Case No. 3:15-cv-04981-WHO (the "*Beltran* Action") against the Defendants alleging violations of the federal securities laws;

WHEREAS, on October 29, 2015, pursuant to 15 U.S.C. § 77z-1(a)(3)(A)(i), Plaintiff Beltran caused a notice to be published on *Businesswire*, a "widely circulated national business-oriented wire service," advising members of the purported class of, *inter alia*: (1) the pendency of the action; (2) the claims asserted therein; (3) the purported class period; and (4) that, not later than 60 days after the date on which the notice was published, any member of the purported class had the right to move the Court to serve as Lead Plaintiff of the class;

WHEREAS, on November 5, 2015, Pyramid Holdings, Inc., individually and on behalf of all others similarly situated, filed a class action complaint captioned *Pyramid Holdings v. TerraForm Global, Inc. et al.*, 3:15-cv-05068-RS (the "*Pyramid Holdings* Action") against the Defendants alleging violations of the federal securities laws;

WHEREAS, the *Beltran* Action and the *Pyramid Holdings* Action are class actions brought against the same defendants, alleging the same violations of federal securities law in connection with TerraForm Global's IPO, and proceeding before different judges would likely lead to an

unduly burdensome duplication of labor and expense, and cause the potential for conflicting results;

WHEREAS, the parties recognize that pursuant to Civil Local Rule 3-12, these actions are related and should be so marked, and agree that Defendants will prepare the appropriate Joint Administrative Motion to Consider Whether Cases Should be Related;

WHEREAS, the Court in the *Beltran* Action and the *Pyramid Holdings* Action has issued Scheduling Orders which set certain different deadlines, including for ADR filings, Initial Case Management Conferences, and Initial Disclosures in each case;

WHEREAS, pursuant to 15 U.S.C. § 77z-1(a)(3)(B) the Court must appoint a Lead Plaintiff;

WHEREAS, on December 28, 2015 certain class members moved for appointment as Lead Plaintiff and lead counsel;

WHEREAS, the parties agree that, in light of the pending motions for appointment as Lead Plaintiff and lead counsel, and in the interests of judicial economy and the preservation of the Court's and the parties' resources, Defendants need not respond to the pending Complaints;

WHEREAS, the parties agree that, in light of the pending motions for appointment as Lead Plaintiff and lead counsel and the anticipated Administrative Motion to Consider Whether Cases Should be Related, and in the interests of judicial economy and the preservation of the Court's and the parties' resources, the deadlines set in the Scheduling Orders should be vacated and new dates set after the cases are related and consolidated;

NOW, THEREFORE, it is hereby stipulated as follows:

1.  These related actions shall be consolidated pursuant to the Court's process;

2.  Deadlines set in the Court's Scheduling Orders shall be vacated and re-set following consolidation;

3.  Defendants shall not be required to move or otherwise respond to the Complaints filed in the *Beltran* Action or the *Pyramid Holdings* Action until after the appointment of a Lead Plaintiff pursuant to 15 U.S.C. § 77z-1(a)(3) and after the

filing by such Lead Plaintiff of a Consolidated complaint.  Pursuant to L.R. 6-1(a), this paragraph shall be effective upon the filing of this Stipulation with the Court;

4. Following the appointment of a Lead Plaintiff, the parties shall submit to the Court a proposed schedule for the filing of a Consolidated complaint and the filing and briefing of any motion to dismiss; and

5. This Stipulation is entered into without prejudice to any party seeking any interim relief.

Dated:  January 8, 2016

SIDLEY AUSTIN LLP

By:  */s/ Sara B. Brody*
Sara B. Brody

Attorneys for Defendants
TerraForm Global, Inc., SunEdison, Inc.,
Ahmad Chatila, Carlos Domenech Zornoza,
Jeremy Avenier, Martin Truong, Brian
Wuebbels

Dated:  January 8, 2016

SHEARMAN & STERLING LLP

By:  */s/ Stephen D. Hibbard*
Stephen D. Hibbard

Attorneys for Defendants J.P. Morgan
Securities LLC., Barclays Capital Inc.,
Citigroup Global Markets Inc., Morgan
Stanley & Co. LLC, Goldman, Sachs & Co.,
Merrill Lynch, Pierce, Fenner & Smith
Incorporated, Deutsche Bank Securities Inc.,
BTG Pactual US Capital LLC, Itaú BBA
USA Securities, Inc., SMBC Nikko Securities
America, Inc., SG Americas Securities, LLC,
and Kotak Mahindra, Inc.

Dated:  January 8, 2016

SCOTT + SCOTT, LLP

By:  */s/ Thomas L. Laughlin*

1

Thomas L. Laughlin

2

Attorneys for Plaintiff Juan M. Rodriguez
Beltran

3

4

Dated:  January 8, 2016

ABRAHAM, FRUCHTER & TWERSKY, LLP

5

6

By:  /s/ Ian D. Berg
Ian D. Berg

7

Attorneys for Plaintiff Pyramid Holdings, Inc.

8

**SIGNATURE ATTESTATION**

9

I am the ECF User whose identification and password are being used to file the foregoing

10

Stipulation and [Proposed] Order Extending Time for Defendants to Respond to the Complaints.  In

11

compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this

12

filing.

13

14

Dated:  January 8, 2016

SIDLEY AUSTIN LLP

15

By:  /s/ Sara B. Brody
Sara B. Brody

16

17

Attorneys for Defendants
TerraForm Global, Inc., SunEdison, Inc.,
Ahmad Chatila, Carlos Domenech Zornoza,
Jeremy Avenier, Martin Truong, Brian
Wuebbels

18

19

20

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

21

Dated: _January 11, 2016_____

22

23

Honorable William H. Orrick
United States District Judge

24

25

26

27

28