United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

JUAN M. RODRIGUEZ BELTRAN,
Individually and on Behalf of All Others
Similarly Situated,

         Plaintiff,

  v.

TERRAFORM GLOBAL, INC., et al.,

        Defendants.

_____

PYRAMID HOLDINGS, INC., Individually
and on Behalf of All Others Similarly
Situated,

        Plaintiff,

  v.

TERRAFORM GLOBAL, INC., et al.,

        Defendants.

Case No.  15-cv-04981-BLF

Case No.  15-cv-05068-BLF

**ORDER RE DISCOVERY DISPUTES
AND BRIEFING SCHEDULE**

On April 11, 2016, the Court granted Pyramid Holdings, Inc.'s motion to conduct limited

discovery regarding the ability of presumptive lead plaintiff, Furia Investment Fund, Ltd., to

represent the putative class in this action brought under the Securities Act of 1933.  The Court

directed Pyramid and Furia to meet and confer regarding a proposed discovery plan.  The parties

were unable to agree on a number of issues and they have submitted competing discovery plans.

Having reviewed the parties' briefing, the Court orders as follows:

    **(A)**    **Scope of Document Production:**

    Furia and Emmanuel Hermann shall respond to Pyramid's First Set of Requests for the

Production of Documents, Exhibit A to the Declaration of Ian D. Berg, as modified by the Court

below.  The relevant time period for all documents is April 1, 2015 through the date of production:

(1)     Document Request 1, unmodified.

(2)     Document Request 2, unmodified.

(3)     Document Request 3, modified as follows:

Documents sufficient to show any ~~separation, employment, resignation,~~ consulting, confidentiality or other agreement or business relationship that you have with BTG Pactual, including any agreement concerning Furia's investments in TerraForm and any agreement or other business relationship between BTG Pactual and Furia, Fundo de Investimento Multimercado Credito Privado Furia Investimento No Exterior, or Leste Group. ~~This request is without regard to the Relevant Time Period~~.

(4)     Document Request 4, modified as follows:

No response is required.

**(B)     Deadline for Document Production**

Furia and Mr. Hermann shall produce the required documents on or before May 13, 2016 or 7 days prior to the scheduled deposition of Mr. Hermann, whichever is earlier.

**(C)     Mr. Hermann's Deposition**

Mr. Hermann has agreed to be deposed in Miami, Florida, between May 17, 2016 and June 10, 2016.  The Court denies Pyramid's request to order the deposition to occur at a different location or time.  However, Furia and Mr. Hermann shall give Pyramid at least 7 days advance notice of the deposition date, and all document production must be completed at least 7 days before the deposition date.  The deposition shall last a maximum of 4 hours.

**(D)     Further Briefing Re Lead Plaintiff/Lead Counsel Motion**

Within 10 days after Mr. Hermann's deposition, the parties shall submit supplemental briefs on the Lead Plaintiff/Lead Counsel motion, not to exceed 10 pages each.  Within 5 days thereafter, the parties may submit reply briefs, not exceed 5 pages each.

Dated:  April 28, 2016

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California