UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN M. RODRIGUEZ BELTRAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM GLOBAL, INC., et al.,<br><br>Defendants. | Case No. 15-cv-04981-BLF |
| PYRAMID HOLDINGS, INC., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM GLOBAL, INC., et al.,<br><br>Defendants. | Case No. 15-cv-05068-BLF<br><br>**ORDER DIRECTING PARTIES TO FILE STATEMENT RE IMPACT OF RELATED CASE ORDER UPON PENDING MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL** |

Each of the parties in the above-captioned actions shall file a brief statement, on or before May 24, 2016, informing the Court whether the Order Granting in Part and Denying in Part Defendant Terraform Global, Inc.'s Administrative Motion to Consider Whether Cases Should be Related, which related five actions to the above-captioned actions, has any impact upon the motions for appointment of lead plaintiff and lead counsel that are pending in the above-captioned actions.

Dated: May 17, 2016

_____
BETH LABSON FREEMAN
United States District Judge