Thomas L. Laughlin (*pro hac vice*)
Donald A. Broggi
Joseph V. Halloran (Bar No. 288617)
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY  10174
Telephone:  212-223-6444
Facsimile:   212-223-6334
Email: tlaughlin@scott-scott.com
        dbroggi@scott-scott.com
        jhalloran@scott-scott.com

*Attorneys for Proposed Lead Plaintiff
the Furia Investment Fund Limited*

[Additional counsel on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN M. RODRIGUEZ BELTRAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM GLOBAL, INC., et al.,<br><br>Defendants. | Case No. 5:15-cv-04981-BLF<br><br>**FURIA INVESTMENT FUND LIMITED'S NOTICE OF WITHDRAWAL AND WITHDRAWAL OF LEAD PLAINTIFF MOTION**<br><br>Courtroom: 3-5th Floor<br>Judge: Hon. Beth Labson Freeman |
| PYRAMID HOLDINGS, INC., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM GLOBAL, INC., et al.,<br><br>Defendants. | Case No. 5:15-cv-05068-BLF |

FURIA INVESTMENT FUND LIMITED'S NOTICE OF WITHDRAWAL AND WITHDRAWAL OF LEAD
PLAINTIFF MOTION
5:15-cv-04981-BLF
5:15-cv-05068-BLF

1  The Furia Investment Fund Limited respectfully gives notice that it is withdrawing its
2  Motion for Appointment as Lead Plaintiff (ECF No. 26).

3  DATED: June 1, 2016                             Respectfully submitted,

   **SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**

   /s Thomas L. Laughlin
   Thomas L. Laughlin (*pro hac vice*)
   Donald A. Broggi
   Joseph V. Halloran (Bar No. 288617)
   The Chrysler Building
   405 Lexington Avenue, 40th Floor
   New York, NY  10174
   Telephone:  212-223-6444
   Facsimile:   212-223-6334
   Email: tlaughlin@scott-scott.com
              dbroggi@scott-scott.com
              jhalloran@scott-scott.com

   John T. Jasnoch
   **SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
   707 Broadway, Suite 1000
   San Diego, CA 92101
   Telephone: 619-233-4565
   Facsimile:  619-233-0508
   Email: jjasnoch@scott-scott.com

   David R. Scott
   **SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
   156 South Main Street
   P.O. Box 192
   Colchester, CT  06415
   Telephone: 860-537-5537
   Facsimile:  860-537-4432
   Email: david.scott@scott-scott.com

   *Attorneys for Proposed Lead Plaintiff the Furia Investment Fund Limited*

FURIA INVESTMENT FUND LIMITED'S NOTICE OF WITHDRAWAL AND WITHDRAWAL OF LEAD
PLAINTIFF MOTION
5:15-cv-04981-BLF
5:15-cv-05068-BLF

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

Dated:  June 1, 2016

/s Thomas L. Laughlin
Thomas L. Laughlin (*pro hac vice*)
**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY  10174
Telephone:  212-223-6444
Facsimile:   212-223-6334
Email: tlaughlin@scott-scott.com

FURIA INVESTMENT FUND LIMITED'S NOTICE OF WITHDRAWAL AND WITHDRAWAL OF LEAD PLAINTIFF MOTION
5:15-cv-04981-BLF
5:15-cv-05068-BLF